IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

```
ANTHONY SIDES,                     )
         Plaintiff,                )
                                   )
     v.                            )   Civil Action No. 03-494
                                   )
OFFICER CHERRY, ET AL.,            )
         Defendants.               )
```

ORDER OF COURT

AND NOW, this 10th day of October, 2006, upon review of the case, it appears to the court that there are no material facts in dispute and the case is amenable to being resolved on cross-motions for summary judgment. Therefore, the parties are invited to submit motions for summary judgment within thirty days of this date.

BY THE COURT:

_____, J.

cc:  Anthony Sides, EF-1736
     SCI-Camp Hill
     P.O. Box 200
     Camp Hill, PA 17001

     Craig E. Maravich,
     Office of the Attorney General
     564 Forbes Avenue
     6th Floor, Manor Complex
     Pittsburgh, PA 15219