IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY SIDES, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 03-494 |
| OFFICER CHERRY; OFFICER BROWN; OFFICER RUSH; OFFICER JULIANI | ) Judge Gary L. Lancaster <br> ) Magistrate Judge Robert C. Mitchell |
| Defendants. | ) Electronically filed |

**ORDER**

AND NOW, to-wit, this 20th day of March, 2007, upon consideration of the foregoing **Defendants' Motion to Seal Document** it is hereby **ORDERED** that the Defendants' Motion is **GRANTED**. The Defendants' Reply to Plaintiff's Brief in Opposition to Defendants' Summary Judgment, Document # 76, as well as Exhibit A attached thereto, is sealed and removed from public view.

BY THE COURT;

/s/ [signature]