IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ANTHONY SIDES, )
      Plaintiff, )
)
v. ) Civil Action No. 03-494
)
OFFICER CHERRY, ET AL., )
      Defendants. )

## ORDER

AND NOW, this 18th day of September, 2007, the Court, having plaintiff's motions for a status conference [document #105] and to continue [document #112], IT IS HEREBY ORDERED that the motions are GRANTED and the parties shall proceed as follows:

    1. A status conference in the instant case will be held before the undersigned on Monday, September 24, 2007 at 1:30 p.m.;

    2. Jury selection and trial, scheduled to begin on September 24, 2007, will now begin on Monday, October 29, 2007 at 9:30 a.m. in Courtroom #3A, 3rd floor, U.S. Courthouse, Pittsburgh, Pennsylvania.

IT IS FURTHER ORDERED that the United States Marshal shall produce the plaintiff for jury selection and trial on that date, as directed in the Court's trial management order of June 20, 2007 [document #84].

IT IS FURTHER ORDERED that the United States Marshal shall also produce plaintiff's incarcerated witnesses for testimony, as directed in the Court's order of August 29, 2007 [document #103].

BY THE COURT:

_____
Gary L. Lancaster,
United States District Judge

cc:   All Parties of record
      United States Marshal