IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY SIDES, | CIVIL ACTION No. 03-494 |
| | Judge Gary L. Lancaster |
| Plaintiff, | |
| v. | Electronically Filed |
| OFFICER CHERRY; OFFICER BROWN; OFFICER RUSH; OFFICER JULIANI, | |
| Defendants. | |

## ORDER

And now, this ___24th___ day of April, 2008, upon consideration of Plaintiff's Motion for Transcript Costs, IT IS HEREBY ORDERED that the stenographically recorded proceedings in the jury trial of this action shall be transcribed and filed and the cost shall be paid by the United States Government.

_____
Lancaster, J.