IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY SIDES, | ) | |
| | ) | 03-CV-494 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Lancaster |
| | ) | |
| OFFICER CHERRY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER TO SUPPLEMENT THE RECORD AND FOR TRANSMITTAL OF A SUPPLEMENTAL RECORD ON APPEAL

The parties having moved for an agreed order authorizing the record on appeal to be supplemented and for transmittal of a supplemental record on appeal, and the Court having duly considered such motion,

It is therefore **ORDERED** that the record in this matter shall be supplemented by inclusion of the following documents:

1. Affidavit of Sarah Heineman, dated February 12, 2009.

2. A copy of this order.

It is further **ORDERED** that the Clerk of this Court shall forthwith prepare, certify, and transmit a supplemental record containing full, true, and complete copies of said documents to the United States Court of Appeals for the Third Circuit in the appeal of this cause, thereby supplementing the record heretofore transmitted.

Dated: February 27, 2009

_____
UNITED STATES DISTRICT JUDGE